UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARLA HORNE,

    Plaintiff(s),

    v.

SOUTHWEST AIRLINES CO., et al.,

    Defendant(s).
_____/

No. C 04-4962 PJH

**ORDER RE STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER**

Before the court is a stipulation of the parties to modify the case management and pretrial order entered on April 25, 2005. The court declines to approve the stipulation. The parties are referred to the last paragraph of the case management and pretrial order which clearly states that the parties may not modify the pretrial schedule by stipulation. Despite the parties having ignored or overlooked this provision, the court understands that the request is made because the parties need additional time for fact discovery. The parties are advised that the requested trial date of December 11, 2006, is unavailable and the earliest available date for trial is March 5, 2007. The court will approve a stipulation to continue the trial to this date, with a pretrial conference 4 weeks in advance and dispositive motions heard no later than 120 days in advance.

    **IT IS SO ORDERED**.

Dated: November 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge