1  Stephen P. Berzon (SBN 46540)
   Barbara J. Chisholm (SBN 224656)
2  Altshuler, Berzon, Nussbaum, Rubin & Demain
   177 Post Street, Suite 300
3  San Francisco, CA 94108
   Phone: (415) 421-7151
4  Fax: (415) 362-8064
   E-mail: bchisholm@altshulerberzon.com
5

6  Edward B. Cloutman, III, Appearing *Pro Hac Vice*
   Law Offices of Edward B. Cloutman, III
7  3301 Elm Street
   Dallas, TX 75226
8  Phone: (214) 939-9222
   Fax: (214) 939-9229
9  E-mail: crawfish11@prodigy.net

10
   ATTORNEYS FOR DEFENDANT
11 TRANSPORT WORKERS UNION LOCAL 556

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 DARLA HORNE,                          )  CASE NO. C-04-4962-PJH
                                         )
17            Plaintiff,                  )  **STIPULATION EXTENDING**
                                         )  **DEADLINE TO COMPLETE NON-**
18      v.                               )  **EXPERT DISCOVERY;**
                                         )  **[PROPOSED] ORDER MODIFYING**
19 SOUTHWEST AIRLINES CO.; TRANSPORT     )  **CASE MANAGEMENT AND**
   WORKERS UNION OF AMERICA,             )  **PRETRIAL ORDER**
20 TRANSPORT LOCAL 556,                  )
                                         )  (F.R.C.P. 16(b); F.R.C.P. 26)
21            Defendants.                 )
                                         )
22 _____)

23

24

25

26

27

28

---

STIPULATION EXTENDING DEADLINE TO COMPLETE NON-EXPERT DISCOVERY; [PROPOSED]
ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER, Case No. C-04-4962-PJH

1

## **STIPULATION**

2    WHEREAS the Court issued an Order re: Stipulation to Modify Case Management and

3  Pretrial Order on November 30, 2005, in which the Court indicated that it would approve a

4  stipulation to continue the trial to March 5, 2007, with a pretrial conference 4 weeks in advance

5  and dispositive motions heard no later than 120 days in advance;

6    WHEREAS the Court's November 30, 2005 Order also recognized that the parties have

7  requested a modification of the pretrial schedule because the parties need additional time for fact

8  discovery;

9    WHEREAS the Court issued a Case Management and Pretrial Order on April 25, 2005;

10    WHEREAS the parties have diligently been engaged in non-expert discovery over the

11  course of the last seven months;

12    WHEREAS the parties anticipate that between fifteen and eighteen non-expert

13  depositions remain to be taken;

14    WHEREAS the parties require additional time to complete non-expert discovery beyond

15  the current deadline of December 14, 2005;

16    WHEREAS the parties have agreed to dates for the remaining depositions, beginning in

17  early February 2006 and continuing through the end of March 2006;

18    WHEREAS the parties propose to modify the current Case Management and Pretrial

19  Order to provide additional time to complete non-expert discovery;

20    The parties hereby stipulate to and propose the following revised case management

21  schedule:

22    TRIAL DATE: Monday, March 5, 2007, at 8:30 a.m.

23    PRETRIAL CONFERENCE DATE: Thursday, February 1, 2007, at 2:30 p.m.

24    DISPOSITIVE MOTIONS TO BE HEARD BY: September 6, 2006

25    NON-EXPERT DISCOVERY CUTOFF: May 12, 2006

26    DISCLOSURE OF EXPERTS (retained and non-retained): October 31, 2006

27    EXPERT DISCOVERY CUTOFF: November 28, 2006.

28

1

1   IT IS SO STIPULATED.

2

3

4   Dated: _12-6-05_                  [signature]
                                      Richard M. Rogers
5                                     MAYO & ROGERS
                                      Attorney for Plaintiff Darla Horne
6

7

8

9   Dated: _____
                                      Angela Dotson
10                                    DLA Piper Rudnick Gray Cary US LLP
                                      Attorney for Defendant Southwest Airlines Co.
11

12

13

14  Dated: _12-5-05_                 [signature]
                                     Barbara J. Chisholm
15                                   Attorney for Defendant TWU Local 556

16

17                  [PROPOSED] ORDER

18          Upon consideration of the Stipulation of the parties, and good cause appearing therefore,

19  IT IS HEREBY ORDERED that the April 25, 2005 Case Management and Pretrial Order is

20  modified in accordance with the above-stipulated schedule.

21          IT IS SO ORDERED.

22

23  Dated: _____
                                     UNITED STATES DISTRICT JUDGE
24                                   HONORABLE PHYLLIS J. HAMILTON

25

26

27

28

                                      2

STIPULATION EXTENDING DEADLINE TO COMPLETE NON-EXPERT DISCOVERY; [PROPOSED]
ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER, Case No. C-04-4962-PJH

1  IT IS SO STIPULATED.

2

3

4  Dated: _____

             Richard M. Rogers

5               MAYO & ROGERS
             Attorney for Plaintiff Darla Horne

6

7

8

9  Dated: 12/2/05

10               Angela Dotson
             DLA Piper Rudnick Gray Cary US LLP
             Attorney for Defendant Southwest Airlines Co.

11

12

13

14  Dated: _____

             Barbara J. Chisholm

15               Attorney for Defendant TWU Local 556

16

17               [~~PROPOSED~~] ORDER

18      Upon consideration of the Stipulation of the parties, and good cause appearing therefore,

19  IT IS HEREBY ORDERED that the April 25, 2005 Case Management and Pretrial Order is

20  modified in accordance with the above-stipulated schedule.

21      IT IS SO ORDERED.

22

23  Dated: ____12/6/05____

24               UNITED STATES DISTRICT JUDGE
             HONORABLE PHYLLIS J. HAMILTON

25

26

27

28

2