```
1  Richard Rogers, SBN 045843
   MAYO & ROGERS
2  114 Sansome Street, Suite 1310
3  San Francisco, California 94104
   Telephone:  (415) 397-1515
4  Facsimile:   (415) 397-1540
5
   Attorneys for Plaintiff
6  DARLA HORNE
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARLA HORNE,<br><br>             Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES COMPANY, a Texas Corporation of unknown form and Does 1 through 20, inclusive,<br><br>             Defendants. | Case No. C 04 4962 PJH<br><br>*[Assigned to Hon. Phyllis Hamilton]*<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND STIPULATED REQUEST FOR ENTRY OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, [~~PROPOSED~~] ORDER RE DISMISSAL** |
|---|---|

WHEREAS Plaintiff Darla Horne ("Plaintiff") entered into a Settlement Agreement (hereinafter "Agreement") with Defendants on December 14, 2005 as a result of a Court-ordered Early Neutral Evaluation; and

WHEREAS Plaintiff's dismissal of the above complaint with prejudice in its entirety is a condition precedent to payment of any settlement funds contained in said Agreement; and,

1

1  WHEREAS the Parties wish to avoid any further legal costs associated with this
2  action.
3  IT IS HEREBY STIPULATED THAT: The above entire action is hereby
4  dismissed with prejudice.

5  DATED: ~~December~~ January 30, 2006          MAYO & ROGERS

8  By: _____
9       Richard M. Rogers
        Attorneys for Plaintiff
10      DARLA HORNE

12 DATED: December 2, 2005                      DLA PIPER RUDNICK GRAY CARY
13                                              US LLP

15 By: _____
16      Angela E. Dotson
        Attorneys for Defendant
17      SOUTHWEST AIRLINES CO.

19 DATED: ~~December __, 2005~~ January 5, 2006   ALTSHULER, BERZON, NUSSBAUM,
20                                                RUBIN & DEMAIN

23 By: _____
24      Stephen P. Berzon
        Attorneys for Defendant
25      TRANSPORT WORKERS UNION
        LOCAL 556

2

1  **IT IS SO ORDERED.**

Dated: February 2, 2006

Honorable Phyllis Hamilton
United States District Judge